

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 0 5 2013

James N. Hatten, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIRK LAPAGLIA,

    Movant

v.

UNITED STATES OF AMERICA,

    Respondent

CRIMINAL ACTION FILE NO.
1:11-CR-416-ODE-JSA

CIVIL ACTION FILE NO.
1:12-CV-3530-ODE-JSA

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed May 10, 2013 [Doc. 31]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Movant's Motion to Vacate Sentence be denied, that this action be dismissed and that Movant be denied a certificate of appealability. Specifically, the Magistrate Judge found that Movant's valid and enforceable appeal waivers bar his claims of ineffective assistance of counsel at sentencing and that the claims Movant raises in his reply are either time-barred or without merit or both.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, the Motion to Vacate Sentence [Doc. 25] is DENIED, this action is DISMISSED, and a Certificate of Appealability is DENIED.

SO ORDERED, this  5  day of June, 2013.

                                             ORINDA D. EVANS
                                             UNITED STATES DISTRICT JUDGE

SO ORDERED, this  5  day of June, 2013.